IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDDIE LEE ELLIS,
    Plaintiff,

vs.                                                   3:04cv239/RV/MD

M. NICHOLS, et al.
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's pleading entitled "response to defendant's report." (Doc. 44) In this pleading, after discussing the contents of the defendant's special report and his difficulties litigating his case, plaintiff concludes that his "response to the defendants (sic) special report is a motion to withdraw." (Doc. 44 at 3). He also labels the pleading as such in his certificate of service. Therefore, the court construes his pleading as a motion to voluntarily dismiss his case.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss (doc. 44) be granted and this case be dismissed without prejudice.

At Pensacola, Florida, this 31st day of January, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).