IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EDDIE LEE ELLIS,**
    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　**CASE NO.: 3:04cv239/RV/MD**

**M. NICHOLS, et al.,**
    **Defendant.**

---

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 31, 2006.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

The plaintiff's motion to dismiss (doc. 44) is granted and this case is dismissed without prejudice.

DONE AND ORDERED this 1st day of March, 2006.

                                  */s/* *Roger Vinson*
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**